IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF KANSAS

In Re: Terry Sky Sanchez            Case No. 20-40182
       LeTonie Marie Anderson
          Debtors.

**MOTION TO WITHDRAW**
**COMBINED WITH NOTICE TO CLIENT**

     COMES NOW Adam M. Mack, attorney for Debtors, and moves the Court for an Order allowing said attorney to withdraw as counsel for the Debtors. In support of this Motion, the Movant shows the Court as follows:

  1. Debtors hired counsel to assist in filing a Chapter 13 Bankruptcy Petition.

  2. The Debtors are currently going through a separation and due to their separation, Debtor's counsel can no longer act in their best interests.

  3. Debtors are hereby admonished that Debtors are personally responsible for complying with all orders of the court and the time limitations established by the rules of procedure or by court order.

  4. Counsel has advised each party to seek legal counsel to assist them in their bankruptcy.

  5. Debtors are hereby given notice that there is currently a hearing scheduled on June 8, 2021 regarding the Motion to Compel (Doc 48).

  6. On information and belief, Debtor, Terry Sky Sanchez's current mailing address is: 4326 SW Windsor, Topeka, KS 66614 and Debtor, LeToni Marie Anderson's current mailing address is: 1931 NW Buchanan Street, Topeka, KS 66608.

WHEREFORE, Adam M. Mack respectfully prays this Court for an Order allowing him to withdraw as attorney for Debtors.

Respectfully submitted,

/s/ Adam M. Mack, No. 24443
Adam M. Mack, #24443
Mack & Associates, LLC
2850 SW Mission Woods Drive
Topeka, Kansas 66614
(785) 274-9040
adam.mack@kansasjustice.com
Attorney for Debtors

## **CERTIFICATE OF SERVICE**

On this the 4th day of June, 2021, the undersigned, Adam M. Mack, does hereby certify that he caused a true and accurate copy of the above and foregoing document to be deposited in the United States mail, Certified with a Return Receipt, postage prepaid, addressed to the following:

Letoni Marie Anderson
1931 NW Buchanan Street
Topeka, KS 66608

Terry Sky Sanchez
4326 SW Windsor
Topeka, KS 66614

Respectfully submitted,

/s/ Adam M. Mack, No. 24443

Adam M. Mack, #24443