# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

In Re: Terry Sky Sanchez  
      LeToni Marie Anderson  
      Debtors.

Case No. 20-40182

## RETURN OF SERVICE OF MOTION TO WITHDRAW

I hereby certify that I served a copy of the Motion to Withdraw on Terry Sanchez & Letoni Anderson the following manner:

_____(1) **Personal Service** - on the ___ day of _____, 2____, by delivering or offering to deliver the documents to the above-named person;

_____(2) **Residence Service** - on the ___ day of _____, 2____, by leaving the documents at the dwelling or usual place of abode of the above-named person, with some person of suitable age and discretion who resides there;

_____(3) **Residence Service** - on the ___ day of _____, 2____, by leaving a copy of the documents at the dwelling or usual place of abode of the above-named person and mailing to that person by first-class mail a notice that the copy has been left at the individual's dwelling or place of abode;

__X__(4) **Certified Mail, Return Receipt Delivery** - by causing to be delivered on the 7th & 8th day of June 2021 the documents by return receipt delivery to Terry Sanchez: 4326 SW Windsor Ct, Topeka, KS 66604 & Letoni Anderson: 1931 NW Buchanan St, Topeka, KS 66608 with delivery being made by the following person or entity: USPS.

_____(5) **Return Receipt Delivery Refused** - by mailing on the _____ day of _____, 2___, the documents by first-class, postage prepaid, to the above-named person at the following address: _____.

_____(6) **Other Method of Service** - _(Describe other method of service allowed by law)_.

_____(7) **No Service**. The above-named person was not served for the following reason(s):

**Affidavit of Service**

STATE OF <u>KANSAS</u>        )
                              ) ss.
COUNTY OF <u>SHAWNEE</u>   )

    I declare under penalty of perjury under the laws of the state of Kansas that the foregoing Return on Service of Motion to Withdraw is true and correct.

Executed on July 7, 2021.

                                    Adam Mack, # 24443
                                    MACK & ASSOCIATES, LLC
                                    2850 SW Mission Woods Drive
                                    Topeka, Kansas 66614
                                    Tel (785) 274-9040;
                                    *Attorney for Debtors*

Subscribed and sworn to before me this 7th day of July 2021.

                                    Notary Public

My Appointment Expires: 7/7/21

Abigail DeAnne Emery
Notary Public State of Kansas
My Appt Expires 7/7/21



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7019 0140 0000 4923 7584

Certified Mail Fee: $3.60
Extra Services & Fees
☒ Return Receipt (hardcopy) $2.85
Postage: $.71
Total Postage and Fees: $7.16

Postmark Here: Letoni Anderson / Terry Sanchez

Sent To: Terry Sanchez
Street and Apt. No., or PO Box No.: 4326 SW Windsor Ct.
City, State, ZIP+4: Topeka, KS 66604

PS Form 3800, April 2015 PSN 7530-02-000-9047



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7019 1120 0001 9045 3591

Certified Mail Fee: $3.60
Extra Services & Fees
☒ Return Receipt (hardcopy) $2.85
Postage: $.71
Total Postage and Fees: $7.16

Postmark Here: Letoni Anderson / Terry Sanchez

Sent To: Letoni Anderson
Street and Apt. No., or PO Box No.: 1931 NN Buchanan St.
City, State, ZIP+4: Topeka, KS 66608

PS Form 3800, April 2015 PSN 7530-02-000-9047

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70190140000049237584

Your item was delivered to an individual at the address at 1:11 pm on June 8, 2021 in TOPEKA, KS 66604.

## ✓ Delivered, Left with Individual

June 8, 2021 at 1:11 pm
TOPEKA, KS 66604

Feedback

**Get Updates** ⌄

| Text & Email Updates | ⌄ |

| Tracking History | ⌄ |

| Product Information | ⌄ |

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

## FAQs

Feedback

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70191120000190453591

Your item was delivered to an individual at the address at 2:56 pm on June 7, 2021 in TOPEKA, KS 66608.

## ⊘ Delivered, Left with Individual

June 7, 2021 at 2:56 pm
TOPEKA, KS 66608

Feedback

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 20-40182    Doc# 58    Filed 07/07/21    Page 6 of 7

# FAQs

Feedback